■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL GORIS, Appellant. [990 NYS2d 824]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Foley, J.), imposed January 29, 2013, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant did not validly waive his right to appeal his sentence (*see People v Lopez*, 6 NY3d 248, 256 [2006]). Thus, review of his excessive sentence claim is not precluded. However, the sentence imposed was not excessive (*see People v Hayes*, 91 AD3d

792 [2012]). Eng, P.J., Dillon, Lott, Sgroi and Maltese, JJ., concur.